AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

_____ DISTRICT OF _____ **DELAWARE**

Samantha Murray,

               Plaintiff,

   V.

Dover Downs, INC.,
a Delaware corporation,

            Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:    0 6 - 3 2 9

      TO: (Name and address of defendant)

Dover Downs, Inc., a Delaware Corporation
care of their registered agent:
 Klaus N. Belohoubek
 3505 Silverside Road
 Plaza Centre Building, Suite 203
 Wilmington, DE 19810

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Noel E. Primos, Esquire
SCHMITTINGER & RODRIGUEZ, P.A.
414 SOUTH STATE STREET
P.O. BOX 497
DOVER, DE 19903-0497

an answer to the complaint which is herewith served upon you, within _( 20 )twenty_ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

PETER T. DALLEO

_____
CLERK

DATE    5/19/06

E. Strickler
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| Service of the Summons and Complaint was made by me [1] | DATE 5-26-06 |
|---|---|
| NAME OF SERVER (PRINT) Kim Yoder | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

_____

☐ Returned unexecuted: _____

_____

_____

☑ Other (specify): Peggy Tracy (Paralegal) accepted Service, at
3505 Silverside Rd
Plaza Centre Bldg Suite 303
Wilmington, DE 19810

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ___5-26-06___
　　　　　　　　　*Date*

Signature of Server

Address of Server    414 S State St
Dover, DE 19901
302-674-0140

---

(1)　　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.