IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| SAMANTHA MURRAY,<br><br>        Plaintiff,<br><br>    v.<br><br>DOVER DOWNS, INC.,<br><br>        Defendant. | :<br>:<br>:<br>:<br>:  Civil Action No. 06-329-KAJ<br>:<br>:<br>:<br>:<br>: |

## MOTION AND ORDER
## FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves for the admission pro hac vice of:

CARMON M. HARVEY, ESQ.

to represent the defendant in this matter.

Signed:  /s/ Noel C. Burnham
Noel C. Burnham (DE Bar # 3483)
Montgomery, McCracken, Walker & Rhoads, LLP
300 Delaware Avenue, Suite 750
Wilmington, DE  19801
(302) 504-7880

Date:  July 17, 2006            *Attorney for Defendant*

2093325v1

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admissions pro hac vice is granted.

Date: _____          _____
                                UNITED STATES DISTRICT JUDGE

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

      Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 ☒ has been paid to the Clerk, or, if not paid previously, ☐ the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Signed: *Carmon M. Harvey*
Carmon M. Harvey
Montgomery, McCracken, Walker & Rhoads, LLP
123 South Broad Street
Philadelphia, PA 19109

Dated: July 17, 2006

2093325v1

**CERTIFICATE OF SERVICE**

This is to certify that two (2) copies of the foregoing Motion and Order for Admission Pro Hac Vice were served by first class mail this 17th day of July 2006, on:

William D. Fletcher, Jr.
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19903

*Attorney for Plaintiff*

/s/ Noel C. Burnham
Noel C. Burnham (DE Bar No. 3483)

2093325v1