IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | * | C.A. No. 06-329-KAJ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| DOVER DOWNS, INC., | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S FIRST SET OF INTERROGATORIES
DIRECTED TO DEFENDANT**
and
**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION
DIRECTED TO DEFENDANT**

to be served upon:
    Edward Ellis, Esq.
    Carmon M. Harvey, Esq.
    Montgomery, McCracken,
    Walker & Rhoades, LLP
    123 South Broad Street
    Phialdelphia, PA 19109

    Noel Burnham, Esq.
    Montgomery, McCracken,
    Walker & Rhoades, LLP
    300 Delaware Ave., Suite 750
    Wilmington, DE 19801

by mailing copies at the address shown above, postage prepaid on August 22, 2006

                                        SCHMITTINGER & RODRIGUEZ, P.A.

                                        BY: _____
                                              William D. Fletcher, Jr.
                                              (Bar ID # 362)
                                              414 S. State Street
                                              P.O. Box 497
                                              Dover, DE 19904-0497
                                              (302) 674-0140

Dated: 8-22-06                                     Attorney for Plaintiff
/clg

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2006, I electronically filed **PLAINTIFF'S FIRST SET OF INTERROGATORIES DIRECTED TO DEFENDANT** and **PLAINTIFF'S FIRST REQUEST FOR PRODUCTION DIRECTED TO DEFENDANT** with the Clerk of the Court using CM/ECF which will send notification of such filings to the following: Edward Ellis, Esquire and Noel Burnham, Esquire. I hereby certify that on August 22, 2006, I have mailed by United States Postal Service, the documents.

/S/ Noel E. Primos
Bar I.D. #3124
Schmittinger and Rodriguez, P.A.
414 S. State Street
P.O. Box 497