IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:  06-329 (KAJ) |
| | : | |
| DOVER DOWNS, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE OF DEFENDANT'S INITIAL DISCLOSURES**

I, Noel C. Burnham, hereby certify that, on the 29th day of August, 2006, I served a true and correct copy of the Defendant's Initial Disclosures by U.S. First Class Mail, postage prepaid, upon the following at the address indicated:

> William D. Fletcher
> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> Dover, DE  19901
> Attorneys for Plaintiff

Dated: August 30, 2006

> MONTGOMERY, MCCRACKEN, WALKER &
>     RHOADS, LLP
>
> By:     /s/ Noel C. Burnham
>     Noel C. Burnham, Esquire (3483)
>     300 Delaware Avenue, Suite 750
>     Wilmington, DE 19801
>     (302) 504-7800
>     (302 504-7820 facsimile
>     Attorneys for Defendant

2108055v1