IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | * | C.A No 06-329-KAJ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v | * | |
| | * | |
| DOVER DOWNS, INC., | * | |
| | * | |
| Defendant. | * | |

**NOTICE OF DEPOSITION**

TO: Edward Ellis, Esq.  
Montgomery, McCracken,  
Walker & Rhoades, LLP  
123 South Broad Street  
Philadelphia, PA 19109

Noel Burnham, Esq.  
Montgomery, McCracken,  
Walker & Rhoades, LLP  
300 Delaware Ave., Suite 750  
Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the following individuals beginning on **Monday, November 27, 2006** and ending on **Wednesday, November 29, 2006**:

**Monday, November 27, 2006**

10:00 a.m. - Lee Ford

11:30 a.m. - Robin Roberts

2:00 p.m. - Carolyn Rutkowski

**Tuesday, November 28, 2006**

10:00 a.m. - Vic Middleton

11:30 a.m. - Joe McNair

2:00 p.m. - Charles Mosley

**Wednesday, November 29, 2006**

10:00 a.m. - Erik Sasse

11:30 a.m. - Bill Beever

These deposition will be held at Schmittinger and Rodriquez, P.A. located at 414 South State Street, Dover, Delaware, 19903.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____  
William D. Fletcher, Jr.  
(Bar ID # 362)  
414 S. State Street  
P.O. Box 497  
Dover, DE 19903-0497  
(302)674-0140  
Attorney for Plaintiffs

Dated: 8/30/06  
/clg  
cc: Cheryl Anthony

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**NOTICE OF DEPOSITION**

to be served upon:

| | |
|---|---|
| Edward Ellis, Esq. | Noel Burnham, Esq. |
| Montgomery, McCracken, | Montgomery, McCracken, |
| Walker & Rhoades, LLP | Walker & Rhoades, LLP |
| 123 South Broad Street | 300 Delaware Ave., Suite 750 |
| Philadelphia, PA 19109 | Wilmington, DE 19801 |

by mailing copies at the address shown above, postage prepaid on  8/30

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
(Bar ID # 362)
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiffs

DATED: 8/30/06
/clg