IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.:  06-329 (KAJ) |
| | : | |
| DOVER DOWNS, INC. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF SERVICE OF [1] FIRST SET OF DOCUMENT REQUESTS DIRECTED TO PLAINTIFF SAMANTHA MURRAY and [2] FIRST SET OF INTERROGATORIES DIRECTED TO PLAINTIFF SAMANTHA MURRAY**

I, Noel C. Burnham, hereby certify that, on the 31st day of August, 2006, I served a true and correct copy of Defendant's [1] First Set of Interrogatories Directed to Plaintiff Samantha Murray, and [2] First Set of Document Requests Directed to Plaintiff Samantha Murray by U.S. First Class Mail, postage prepaid, upon the following individual at the address indicated:

> William D. Fletcher
> Noel E. Primos
> Schmittinger & Rodriguez, P.A.
> 414 South State Street
> Dover, DE  19901
>
> Attorneys for Plaintiff
>
>  /s/ Noel C. Burnham
>     Noel C. Burnham (DE Bar # 3483)
>     Montgomery, McCracken, Walker & Rhoads, LLP
>     300 Delaware Avenue, Suite 750
>     Wilmington, DE  19801
>     (302) 504-7880
>
>     and

-2-

                    Of Counsel:
                    Edward T. Ellis
                    Carmon M. Harvey
                    Montgomery, McCracken, Walker & Rhoads, LLP
                    123 South Broad Street
                    Philadelphia, PA  19109

                    Attorneys for Defendant

Dated:  September 1, 2006