IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | * | C.A. No. 06-329-KAJ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | **NOTICE OF SERVICE** |
| | * | |
| DOVER DOWNS, INC., | * | |
| | * | |
| Defendant. | * | |

I hereby certify that I have caused copies of the following:

**PLAINTIFF'S SECOND REQUEST FOR PRODUCTION
DIRECTED TO DEFENDANT**

to be served upon:
    Edward Ellis, Esq.
    Carmon M. Harvey, Esq.
    Montgomery, McCracken,
    Walker & Rhoades, LLP
    123 South Broad Street
    Phialdelphia, PA 19109

    Noel Burnham, Esq.
    Montgomery, McCracken,
    Walker & Rhoades, LLP
    300 Delaware Ave., Suite 750
    Wilmington, DE 19801

by mailing copies at the address shown above, postage prepaid on Sept. 6, 2006

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
William D. Fletcher, Jr.
(Bar ID # 362)
414 S. State Street
P.O. Box 497
Dover, DE 19904-0497
(302) 674-0140
Attorney for Plaintiff

Dated: 9/6/06
/clg