IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | * | C.A. No. 06-329-KAJ |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | |
| | * | |
| DOVER DOWNS, INC., | * | |
| | * | |
| Defendant | * | |

**RE-NOTICE OF DEPOSITIONS**

TO: Edward Ellis, Esq.          Noel Burnham, Esq.
    Montgomery, McCracken,      Montgomery, McCracken,
    Walker & Rhoades, LLP       Walker & Rhoades, LLP
    123 South Broad Street      300 Delaware Ave., Suite 750
    Philadelphia, PA 19109      Wilmington, DE 19801

PLEASE TAKE NOTICE that the undersigned attorney will take the oral deposition of the following individuals beginning on **Monday, November 27, 2006** and ending on **Wednesday, November 29, 2006**:

**Monday, November 27, 2006**

**10:00 a.m.** - Lee Ford

**11:30 a.m.** - Robin Roberts

**2:00 p.m.** - Carolyn Rutkowski

**Tuesday, November 28, 2006**

**10:00 a.m.** - Vic Middleton

**11:30 a.m.** - Joe McNair

**2:00 p.m.** - Charles Mosley

**Wednesday, November 29, 2006**

**10:00 a.m.** - Erik Sasse

**11:30 a.m.** - Bill Beever

**2:00 p.m.** - Gerald Dunning

**3:30 p.m.** - Marie Isenberg

These deposition will be held at Schmittinger and Rodriquez, P.A. located at 414 South State Street, Dover, Delaware, 19903.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: /s/ William D. Fletcher, Jr.
William D. Fletcher, Jr.
(Bar ID # 362)
414 S. State Street
P.O. Box 497
Dover, DE 19903-0497
(302) 674-0140
Attorney for Plaintiffs

DATED: 9-22-06
/clg
cc: Cheryl Anthony

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused copies of the foregoing:

**RE-NOTICE OF DEPOSITION**

to be served upon:

Edward Ellis, Esq.
Montgomery, McCracken,
Walker & Rhoades, LLP
123 South Broad Street
Philadelphia, PA 19109

Noel Burnham, Esq.
Montgomery, McCracken,
Walker & Rhoades, LLP
300 Delaware Ave., Suite 750
Wilmington, DE 19801

by mailing copies at the address shown above, postage prepaid on  9-22-06

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _____
WILLIAM D. FLETCHER, JR.
(Bar ID # 362)
414 South State Street
P.O. Box 497
Dover, DE 19903
(302) 674-0140
Attorney for Plaintiffs

DATED: 9-22-06
/clg