## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| SAMANTHA MURRAY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 06-329-KAJ |
| | : |
| DOVER DOWNS, INC., | : |
| | : |
| Defendant. | : |

## **ORDER**

At Wilmington this **26th** day of **October, 2006**.

IT IS ORDERED that the teleconference scheduled for November 1, 2006 at 9:00 a.m. with Magistrate Judge Thynge to discuss ADR is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE