LAW OFFICES
## SCHMITTINGER AND RODRIGUEZ, P.A.

414 SOUTH STATE STREET
POST OFFICE BOX 497
DOVER, DELAWARE  19901
TELEPHONE 302-674-0140
FAX 302-674-1830

NICHOLAS H. RODRIGUEZ
PAUL H. BOSWELL
JOHN J. SCHMITTINGER
DOUGLAS B. CATTS
WILLIAM D. FLETCHER, JR
CRAIG T ELIASSEN
WILLIAM W PEPPER SR
CRYSTAL L. CAREY*
SCOTT E. CHAMBERS*
FRED A TOWNSEND III
NOEL E. PRIMOS
DAVID A BOSWELL
WALT F. SCHMITTINGER
R. SCOTT KAPPES
JEFFREY J. CLARK
BETH B. MILLER
KYLE KEMMER
KATHRYN J. GARRISON
ADAM C GERBER
MAGNOLIA SOLANO

*ALSO ADMITTED IN MARYLAND

HAROLD SCHMITTINGER
OF COUNSEL

NEWARK OFFICE
CHRISTIANA EXECUTIVE CAMPUS
220 CONTINENTAL DRIVE, STE 203
NEWARK, DELAWARE 19713
TELEPHONE 302-894-1960
FAX 302-894-1965

REHOBOTH BEACH OFFICE
WACHOVIA BANK BUILDING
4602 HIGHWAY ONE
REHOBOTH BEACH, DELAWARE 19971
TELEPHONE 302-227-1400
FAX 302-645-1843

ODESSA OFFICE
ODESSA PROFESSIONAL PARK
POST OFFICE BOX 626
ODESSA, DELAWARE 19730
TELEPHONE 302-378-1697
FAX 302-378-1659

November 17, 2006


The Honorable Kent A. Jordan
U.S. District Court for the
District of Delaware
Lock Box 18
Wilmington, DE 19801

RE: <u>Murray v. Dover Dover Downs</u>
    C.A. No.: 06-329

Dear Judge Jordan:

The above-referenced case has settled. Shortly, a Stipulation of Dismissal will be filed with the Court.

Should you have any questions, please feel free to contact me.

Respectfully yours,

WILLIAM D. FLETCHER, JR.

WDF/clg

cc: Edward Ellis, Esq.
    Noel Burnham, Esq.