IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SAMANTHA MURRAY, | * | C.A. No. 06-329-KAJ |
| Plaintiff, | * | |
| v. | * | |
| DOVER DOWNS, INC., | * | |
| Defendant. | * | |

## STIPULATION OF DISMISSAL

The parties, by and through their respective counsel, hereby stipulate that the above-captioned matter shall be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

SCHMITTINGER & RODRIGUEZ, P.A.

BY: _/s/ William D. Fletcher, Jr._
WILLIAM D. FLETCHER, JR.
Bar I.D. No. 362
414 S. State Street
P.O. Box 497
Dover, DE 19903
Attorneys for Plaintiff

DATED: 11/22/06

MONTGOMERY MCCRACKEN
WALKER & RHOADS, LLP

BY: _/s/ Noel Burnham_
NOEL BURNHAM
Bar I.D. No. 3483
300 Delaware Avenue
Suite 750
Wilmington, DE 19801
Attorneys for Defendant

DATED: November 28, 2006

**CERTIFICATE OF SERVICE**

This is to certify that two (2) hard copies of the attached pleading which was filed and served electronically on November 29, 2006, were served by U.S. First Class mail, postage pre-paid this 29th day of November, 2006, on the following at the address noted:

William D. Fletcher, Jr., Esquire
Schmittinger & Rodriguez, P.A.
414 S. State Street
P.O. Box 497
Dover, DE  19903

*Attorneys for Plaintiff*

      /s/ Noel C. Burnham
Noel C. Burnham (DE Bar I.D. #3483)